# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BUTZ, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:17-1909 |
| v. | : | (JUDGE MANNION) |
| LUZERNE COUNTY CORRECTIONAL FACILITY, et. al., | : : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)) for failure to exhaust administrative remedies.

2. Defendants' motion to dismiss (Doc. 22) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: September 30, 2021
17-1909-01-ORDER